IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD PINNOCK, et al.,

      Plaintiffs,

v.                                                                                    14cv293 JCH/WPL

BOARD OF COUNTY COMMISSIONERS
OF GRANT COUNTY, et al.,

      Defendants.

**SECOND ORDER MODIFYING PRETRIAL DEADLINES**

Counsel appeared before me for a telephonic hearing on April 20, 2016, during which Pinnock requested an extension until June 3, 2016, to depose defense expert Quinn. (*See* Doc. 106.)

Pinnock shall have until **June 3, 2016**, to depose defense expert Quinn. Discovery is not extended past the May 6, 2016, deadline, which was set in my Order Modifying Pretrial Deadlines (Doc. 95 at 1), except to permit the deposition of defense expert Quinn. (*See* Doc. 106.)

This extension affects the supplemental briefing schedule Judge Herrera directed me to set to conclude before July 18, 2016. (*See* Doc. 93 at 7.) The new supplemental briefing schedule is as follows: Defendants may file a supplemental brief in support of their dispositive motion, but only to the extent the change in Plaintiffs' expert requires an alteration or expansion of Defendants' arguments, by **June 20, 2016**. Plaintiffs shall have until **July 7, 2016**, to file a response. Defendants shall have until **July 18, 2016**, to file a reply. See D.N.M.LR-Civ. 7 for motion practice requirements. Any pretrial motions, other than discovery motions, filed after the

above dates shall be considered untimely in the discretion of the Court. If documents are attached as exhibits to motions, affidavits, or briefs, those parts of the exhibits that counsel want to bring to the attention of the Court must be highlighted in accordance with D.N.M.LR-Civ. 10.6.

    IT IS SO ORDERED.

*William P. Lynch*
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.