IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONALD PINNOCK, et al.,

      Plaintiffs,

v.                                            14cv293 JCH/WPL

BOARD OF COUNTY COMMISSIONERS
OF GRANT COUNTY, et al.,

      Defendants.

**ORDER ON GRANT COUNTY'S MOTION TO COMPEL**

      I held an in-person hearing on August 31, 2016, to decide the Board of County Commissioners of Grant County's Motion to Compel. (Doc. 118.) After considering the motion, Pinnock's response (Doc. 120), Grant County's reply (Doc. 125), and questioning the parties during the hearing, I made the following rulings, which were on the record and explained in more detail in the Clerk's Minutes (*see* Doc. 129): Pinnock's objection about the lack of a request for concurrence is overruled; Grant County's motion to compel concerning Interrogatory No. 4 is granted; Grant County's motion to compel concerning Interrogatory Nos. 9, 11, and 17 and Request for Production Nos. 1 and 5 are overruled; and Anastasia Everage shall verify the answers and responses.

      IT IS SO ORDERED.

                                                                      William P. Lynch
                                                                      United States Magistrate Judge