IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DONALD PINNOCK, et al.,**

    **Plaintiffs,**

**vs.**                Civ. No.  14-293 JCH/WPL

**BOARD OF COUNTY COMMISSIONERS**
**OF GRANT COUNTY, et al.,**

    **Defendants.**

## FINAL JUDGMENT

Having granted *Defendants' Motion To Dismiss The Complaint For Failure To State A Claim, Or In The Alternative, For Summary Judgment* [Doc. 55] in a Memorandum Opinion and Order filed contemporaneously with this Final Judgment,

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES** that final summary judgment is entered in favor of Defendants Maldonado and Mize on the § 1983 claims in Counts I on II on the grounds that they are entitled to qualified immunity, and in favor of Defendants Jimenez, Villanueva, and Grant County on the grounds that there is no genuine issue of material fact.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that final summary judgment is entered in favor of all Defendants on Counts III, V, and IV on the grounds that they have sovereign immunity.

                     _____
                     UNITED STATES DISTRICT JUDGE